Circuit denied. *Messrs. Martin W. Littleton, Louis B. Eppstein, Ira W. Hirshfield,* and *Lawrence H. Axman* for petitioner. *Messrs. Charles E. Hughes* and *Maurice Goodman* for respondents.

---

No. 446. MAX HART *v.* B. F. KEITH VAUDEVILLE EXCHANGE, ORPHEUM CIRCUIT, INC., EXCELSIOR COLLECTION AGENCY ET AL. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Martin W. Littleton, Louis B. Eppstein, Ira W. Hirshfield,* and *Lawrence H. Axman* for petitioner. *Messrs. Charles E. Hughes* and *Maurice Goodman* for respondents.

---

No. 449. S. D. GUGGENHEIM, M. GUGGENHEIM, L. GUGGENHEIM, ET AL., ETC. *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Mr. Frank Davis, Jr.,* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. George H. Foster* for the United States.

---

No. 455. ALEXANDER MENAREGIDIS, IN BEHALF OF ANDREAS MENAREGIDIS, *v.* HENRY H. CURRAN, COMMISSIONER OF IMMIGRATION. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Van Riper* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

---

No. 456. SOTIOUROS CHRISTOULAS, ALSO KNOWN AS CHRIST LAWYER, *v.* HENRY H. CURRAN, COMMISSIONER OF IMMIGRATION. October 18. 1926. Petition for a writ